UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO: Middlesex Jail

YOU ARE COMMANDED to have the body of Tyrre Herring (YOB: 1997) now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23, on the 7th floor, Boston, Massachusetts on or before 3/5/24, at 10:45 AM, ___.M.

for the purpose of Initial Appearance

in the case of   UNITED STATES OF AMERICA V.   Tyrre Herring

CR Number  23-cr-10186-ADB

And you are to retain the body of said Tyrre Herring while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Tyrre Herring to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 23rd day of February, 2024.

Donald L. Cabell
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

ROBERT M. FARRELL
CLERK OF COURT

By: Noreen Russo
Deputy Clerk