UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff                        )  No. 23-cr-10186-ADB
                                     )
    v.                               )
                                     )
TYRRE HERRING,                       )
                                     )
    Defendant                        )
_____ )

## MOTION TO WITHDRAW

    Undersigned counsel respectfully moves to withdraw from this matter. As reason therefor, she has been confirmed as an associate justice of the Massachusetts Superior Court and is closing her law practice.

                                            RYAN EGELAND
                                            By his Attorney,

                                            */s/Keren Goldenberg*
                                            Keren Goldenberg
                                            BBO #657629
                                            19A Alexander Ave.
                                            Belmont, MA  02478
                                            (617) 431-2701
                                            keren@kgdefenselaw.com

Date: August 12, 2024