UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAQUORI LYONS, ET AL.<br><br>　　　　Defendant. | No. 23-CR-10186-ADB |

DEFENDANT TYRRE HERRING'S STATUS REPORT

Defendant Tyrre Herring reports that he needs at least another three months for his and his counsel to finish reviewing discovery. Although Mr. Herring finally got access to the discovery in July of this year (with the help of Mike Andrews), he is only allowed to review it two times a week for forty-five minutes a session. He has utilized all of the time available and has only reviewed approximately 25% of the discovery that relates to him individually. His requests for additional time have been refused. He cannot print out material, but can only take notes, making review of the materials with counsel difficult. He is housed at the Suffolk County House of Corrections on a related state case. He understands that he will be given extra time to review the discovery if the court contacts the Legal Services Department and requests it. Defense counsel asks the Court to do so to allow him 4-5 hours per week to review discovery.

Counsel has spent over 40 hours reviewing discovery and is approximately two thirds through the discovery and needs another few months to complete her review as well.

Defendant Herring does not anticipate filing any discovery motions but may join any filed by co-defendants.

Defendant Herring requests that a further status conference be scheduled in 45-60 days. Defendant Herring assents to the exclusion of time from the Speedy Trial Act until the next status conference.

Dated: September 18, 2025

Respectfully submitted,

**TYRRE HERRING**

By his attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO # 547137)
MS DEFENDERS LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
Tel: (617) 202-5890

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the government on September 18, 2025.

*/s/ Tracy A. Miner*
Tracy A. Miner