UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYRRE HERRING,<br>            Defendant. | No. 23-CR-10186-ADB |

### DEFENDANT TYRRE HERRING'S MOTION FOR EMERGENCY NON-MEDICAL TRAVEL

      Now comes the defendant, Tyrre Herring, and hereby moves this Honorable Court for judicial approval of his request for emergency non-medical travel to attend his brother's funeral on December 20, 2025, in Boston, Massachusetts.

      28 CFR 570.40-45 provides guidelines and permits inmates in federal custody to have escorted trips outside Bureau of Prisons' facilities for specific medical, emergency and community activities.  One of the permitted activities is to attend the funeral of an immediate family member, in this case, Mr. Herring's brother, Anton C. Dowling.  This type of escorted trip is categorized as an emergency non-medical escorted trip.  28 CFR 570.42(a)(1).

       Mr. Dowling was killed on November 29, 2025, in Norwood, Massachusetts.  His services are being handled by Dolan Funeral Homes, 1140 Washington Street, Dorchester, Massachusetts.  Visiting begins at 10:00AM on Saturday, December 20, 2025, with the funeral

service at 11:00AM, and interment at 1:00PM at Mount Hope Cemetery, 355 Walk Hill Street, Boston, Massachusetts. Mr. Dowling's Obituary is attached as <u>Exhibit 1</u> and can also be found at https://www.dolanfuneral.com/obituaries/anton-c-dowling/ (last visited, 12/16/2025).

Mr. Herring requests the Court's approval to begin the process of allowing his emergency non-medical trip. Mr. Herring is currently in the custody of U.S. Marshal Service and is being held in pretrial detention at Wyatt Detention Facility in Central Falls, Rhode Island. The requested trip qualifies under the relevant regulations because it is the funeral of an immediate family member. 28 CFR 570.42(a)(1). Mr. Herring and Mr. Dowling are maternal siblings and are therefore considered immediate family under the regulations. <u>Id.</u> Once the Court gives its approval, Bureau of Prison, or U.S. Marshal Services will investigate and determine the merits of the trip. 28 CFR 570.42(b). Additionally, while the regulations state that the U.S. Government assumes the salary expenses of escort staff for the first eight hours of each day, Mr. Herring's friends and family understand and are prepared to pay for all additional expenses of the trip. <u>See</u> 28 CFR 570.42(b)(1). Finally, Mr. Herring understands that the ultimate decision is still within the discretion of the Bureau of Prisons, U.S. Marshal Services, and/or Warden of the facility taking into account safety and security issues as well as travel logistics. 28 CFR 570.42(b)(2).

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for the defendant has reached out to the U.S. Attorney's Office via phone and email on December 16, 2025, for their position on the motion. At the time of filing, no position has been communicated.

Counsel for the defendant has also reached out to U.S. Marshal Services via phone and email on December 16, 2025, for their position on the motion. At the time of filing, no position has been communicated.

WHEREFORE, the defendant respectfully requests Judicial Approval to begin the process of allowing him the opportunity to attend his brother's Funeral in the Dorchester neighborhood of Boston, Massachusetts, on Saturday, December 20, 2025.

Dated: December 17, 2025                    Respectfully submitted,

**TYRRE HERRING**

By his attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO # 547137)
MS DEFENDERS LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
Tel: (617) 202-5890

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the government on December 17, 2025.

The foregoing document was also served on U.S. Marshal Services via email at ma.detentionmanagement@usdoj.gov on December 17, 2025.

*/s/ Tracy A. Miner*
Tracy A. Miner