Case 1:23-cr-10186-ADB    Document 461-1    Filed 12/17/25    Page 1 of 5

☎ East Milton Square    ☎ Dorchester Lower Mills

📍 East Milton Square 617-698-6264
📍 Dorchester Lower Mills 617-298-8011



✉ info@dolanfuneral.com
f Follow Us

 English ▼



# Anton C Dowling

May 28, 2000 - November 29, 2025



Text: Aa Aa Aa

Obituary & Services

Photos & Video

Condolences

Plant Trees



## Share

Share A Memory

Plant Trees

Subscribe

🇬🇧 English ▼

# Obituary for Anton C Dowling

Anton C. Dowling died on November 29, 2025. He was 25. Born in Fall River, MA on May 28, 2000.

Anton grew up in Dorchester and attended Boston Public Schools. He attended the Jeremiah E. Burke High School.

He was employed at various jobs, most recently for the past 4 years he was employed with a travelling carnival assembling and operating rides and working with children. He also enjoyed office work.

Anton was raised to be family oriented, he loved being with his family and helping out in any manner possible. He considered himself a protector for his family and did not seek out help and was independent minded and got things done on his own. He was strong willed and determined. No matter the how hard a task was he wanted to do things alone and his way to prove he was capable of getting it done. He never let his strength go to waste.

He loved to make music, he was passionate about it. He said to his friends he would be rich someday. He enjoyed video games with his siblings and friends. He enjoyed rap battles and stand up comedy.

He is was predeceased by his two grandmothers, Rose and Arlene, and Uncle Joseph. He is survived by his mother, Latoya, and his maternal siblings Lakeitha, Kenneth, Tyrre, Jai-Jawan and Rosiah, His father, Anton and his fraternal siblings, Arlene, Janita, Messiah, Nehemiah, and Serenity, Nieces Sofia, Ameri, Keimiria and Kei'amor. Nephews Geovonne and Amir. He also leaves a host of Cousins, Uncles and friends.

He said I can't wait till i get rich and What's up gangsta.

Funeral Services, Saturday, December 20, 2025 in the Dolan Funeral Home, 1140 Washington Street, DORCHESTER LOWER MILLS, at 11 o clock. Visiting Hours 10 - 11 am. Interment Mt. Hope Cemetery, Boston, MA.

 English ▼



# Services

## 20
### Dec
### Visting Hour

🕙 10:00 AM - 11:00 AM

📍 Dolan Funeral Homes and Cremation Services- DORCHESTER LOWER MILLS
1140 Washington Street
Dorchester, MA
02124

Get Directions »

 Text     Email     Google Maps



## 20
### Dec
### Funeral Service

🕙 11:00 AM - 12:00 PM

📍 Dolan Funeral Homes and Cremation Services- DORCHESTER LOWER MILLS
1140 Washington Street
Dorchester, MA
02124

Get Directions »

 Text    Email     Google Maps



## 20
### Dec
### Interment

 English ▼



🕐 01:00 PM

📍 Mount Hope Cemetery

355 Walk Hill Street

Boston, MA

02131

Get Directions »

💬 Text      ✉️ Email       Google Maps



by Obituary Assistant

☰

📍 460 Granite Avenue Milton, MA

📞 617-698-6264



📍 1140 Washington St Dorchester, MA

📞 617-298-8011

✉️ info@dolanfuneral.com

 Follow

🇬🇧 English ▼

