UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Crim. No. 23cr10186-ADB |
| v. ) | |
| ) | |
| TYRRE HERRING, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL

While the government sympathizes with the request by Defendant to attend his brother's funeral, the motion should be denied for public safety reasons. Defendant is presently charged in a RICO conspiracy involving one of the most dangerous street gangs in the Boston area. Defendant has been identified as a member of the gang. The government believes that it will be able to prove at trial that Defendant engaged in acts of violence on behalf of the gang, including being involved in at least one shooting, as well as being involved in gang-related drug trafficking.

If any release were to occur, it would need to overseen by the United States Marshals Service. The government believes that such a release places not only the USMS at risk (i.e., the Deputy Marshals who would have to oversee the release) but also the public at large, including those attending the funeral. Defendant is facing a significant potential sentence in the pending case if he is found guilty after trial – a fact that unfortunately raises the potential for an attempted escape. Any such attempted escape would by its very nature involve a potential for violence. In addition, Defendant's gang (the Heath Street Gang) has been involved in violent feuds with various other violent street gangs in the Boston area. These feuds have involved a myriad of

shootings, including shootings at public events, thus potentially placing the funeral at risk of Defendant were present.

In light of the above, the government objects to the temporary release of Defendant due to the danger presented to the community and the USMS.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Michael Crowley
       MICHAEL CROWLEY
       Assistant U.S. Attorney

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:   /s/ Michael Crowley
       MICHAEL J. CROWLEY
       Assistant U.S. Attorney