**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYRRE HERRING,<br><br>       Defendant | Criminal No. 23-CR-10186-ADB |

**NOTICE OF APPEARANCE**

Now comes the undersigned counsel and hereby gives notice of his appearance on behalf of Tyrre Herring, defendant in the above captioned matter.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Evan Capps*
Evan Capps
BBO No. 697514
MS Defenders
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
ecapps@msdefenders.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served CM/ECF on counsel for the government on May 26, 2026.

*/s/ Evan Capps*
Evan Capps