## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYRRE HERRING,<br><br>        Defendant | No. 23-CR-10186-ADB |

## ASSENTED TO MOTION FOR RULE 11 HEARING

Now comes the defendant, Tyrre Herring, and hereby moves this Honorable Court to schedule a Rule 11 hearing for the week of June 7 – June 13, 2026.

Mr. Herring intends to enter into a plea agreement with the U.S. Attorney's Office with respect to Count 5 of the Superseding Indictment and is prepared to change his plea.

### Local Rule 7.1(a)(2) Certification

Counsel has conferred with AUSA Michael Crowley who assents to this motion and is in agreement on the requested time.

Dated: May 26, 2026

Respectfully submitted,
**TYRRE HERRING**
By his attorney,

*/s/ Evan Capps*
Evan Capps
BBO# 697514
MS Defenders
101 Federal Street, Suite 650
Boston, Massachusetts 02110
Tel: (617) 202-5890
ecapps@msdefenders.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via ECF on all counsel of record on May 26, 2026

/s/ Evan Capps

Evan Capps