**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

v.

TYRRE HERRING,

Defendant

Criminal No. 23-CR-10186-ADB

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Now comes the Defendant and hereby requests this Honorable Court to continue Mr. Herring's Sentencing hearing from September 10, 2026, until September 29, 2026. As grounds therefore, the Defendant needs additional time to prepare for the sentencing hearing.

**Local Rule 7.1(a)(2) Certification**

The defendant has conferred with Assistant U.S. Attorney Michael Crowley who assents to the requested continuance.

Dated: September 2, 2026

Respectfully submitted,

**TYRRE HERRING**

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO # 547137)
MS DEFENDERS LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
Tel: (617) 202-5890
tminer@msdefenders.com

*/s/ Evan Capps*
Evan Capps (BBO # 697514)
MS DEFENDERS LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
ecapps@msdefenders.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served CM/ECF on counsel for the government on September 2, 2026.

*/s/ Evan Capps*
Evan Capps